AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ANDREW OTTO BOGGS (a/k/a "INCURSIO")<br>and<br>JUSTIN GRAY LIVERMAN (a/k/a "D3F4ULT")<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 1:16-MJ-406<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 2015 to January 2016__ in the county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §371 | Conspiracy to commit offenses against the United States. |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Maya D. Song, AUSA

*Complainant's Signature*
BJ Kang, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __09/02/2016__

City and state: __Alexandria, VA__

/s/
Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*