# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

- City: Loudoun
- County: Loudoun
- Superseding Indictment: 
- Same Defendant: 
- Magistrate Judge Case No.: 
- Search Warrant Case No.: 

- Judge Assigned: 
- Criminal No.: 1:16-MJ-406
- New Defendant: 
- Arraignment Date: 
- R. 20/R. 40 From: 

## Defendant Information:

- Defendant Name: ANDREW OTTO BOGGS
- Alias(es): a/k/a "INCURSIO"
- ☐ Juvenile  FBI No.: 
- Address: XXXXXXXXXX North Wilkesboro, NC 28659
- Employment: 
- Birth Date: XXXX1993
- SSN: XXXXX-1489
- Sex: Male
- Race: White
- Nationality: USA
- Place of Birth: 
- Height: 5'7
- Weight: 
- Hair: Brown
- Eyes: Blue
- Scars/Tattoos: 
- ☐ Interpreter  Language/Dialect: English
- Auto Description: 

## Location/Status:

- Arrest Date: 
- ☐ Already in Federal Custody as of:     in: 
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- Name: 
- Address: 
- Phone: 
- ☐ Court Appointed
- ☐ Retained
- ☐ Public Defender
- Counsel Conflicts: 
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- AUSA(s): Maya D. Song
- Phone: 703-299-3700
- Bar No.: 

**Complainant Agency - Address & Phone No. or Person & Title:**

SA BJ Kang, FBI, 9325 Discovery Blvd., Manassas, VA  20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §371 | Conspiracy to commit offenses agai[nst] | 1 | Felony |
| Set 2: |  |  |  |  |

- Date: 9/2/206
- AUSA Signature: *[signed] Maya D. Song*

*may be continued on reverse*

| **Criminal Case Cover Sheet** | | **FILED:** REDACTED | | | **U.S. District Court** |
|---|---|---|---|---|---|

**Place of Offense:**  ☒ Under Seal        **Judge Assigned:**

City: Loudoun     Superseding Indictment:         **Criminal No.** 1:16-MJ-406

County: Loudoun   Same Defendant:                 New Defendant:

Magistrate Judge Case No.:       Arraignment Date:

Search Warrant Case No.:         R. 20/R. 40 From:

**Defendant Information:**

Defendant Name: JUSTIN GRAY LIVERMAN      Alias(es): a/k/a "D3F4ULT"     ☐ Juvenile   FBI No.:

Address: XXXXXXXXXXXXXXXX, Morehead City, NC 28557

Employment:

Birth Date: XXXX1992    SSN: XXXXXX-7317    Sex: Male    Race: White    Nationality: USA

Place of Birth:     Height: 6'03    Weight:     Hair: Brown    Eyes: Brown    Scars/Tattoos:

☐ Interpreter    Language/Dialect: English    Auto Description:

**Location/Status:**

Arrest Date:        ☐ Already in Federal Custody as of:       in:

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

Name:            ☐ Court Appointed    Counsel Conflicts:

Address:         ☐ Retained

Phone:           ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

AUSA(s): Maya D. Song    Phone: 703-299-3700    Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**

SA BJ Kang, FBI, 9325 Discovery Blvd., Manassas, VA  20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §371 | Conspiracy to commit offenses agai[nst] | 1 | Felony |
| Set 2: | | | | |
| Date: | 9/2/206 | AUSA Signature: *[signature]* | | *may be continued on reverse* |