UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No: 1:16-mj-406 |
| | ) | |
| ANDREW OTTO BOGGS | ) | |
| (a/k/a "INCURSIO") | ) | |
| | ) | |
| & | ) | **UNDER SEAL** |
| | ) | |
| JUSTIN GRAY LIVERMAN | ) | |
| (a/k/a "D3F4ULT") | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the arrest warrants, criminal complaint, supporting affidavit, the Motion to Seal, and proposed Order in this matter; and

The COURT, having considered the government's submissions, including facts presented by the government to justify sealing; having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that, the arrest warrants, complaint, supporting affidavit, Motion to Seal, and this Order be Sealed until further Order of the Court. The United States may, however, disseminate copies of these documents to law enforcement and associated government personnel, including foreign governments and law enforcement authorities, in connection with their efforts to locate and arrest the defendants.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Hon. Michael S. Nachmanoff
United States Magistrate Judge

Date: 9/2/16
Alexandria, Virginia