AO 442 (Rev. 01/09) Arrest Warrant

FILED #1015579

# UNITED STATES DISTRICT COURT

### for the

#### Eastern District of Virginia

2016 SEP -8  A 11: 11

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ANDREW OTTO BOGGS (a/k/a "INCURSIO") | ) | Case No. 1:16-MJ-406 |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

**UNDER SEAL**

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ANDREW OTTO BOGGS (a/k/a "INCURSIO") ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §371     Conspiracy to commit offenses against the United States.

See attached affidavit

_____/s/_____
Michael S. Nachmanoff
United States Magistrate Judge

*Issuing officer's signature*

Date: 09/02/2016

_____
*Printed name and title*

City and state:   Alexandria, Virginia

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  9/2/16 , and the person was arrested on *(date)*  9/8/16 |
| at *(city and state)*  NC |
| Date: 9/8/16 |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

For NC