#1015487

AO 442 (Rev. 01/09) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

2016 SEP -8 A II: II

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:16-MJ-406 |
| JUSTIN GRAY LIVERMAN (a/k/a "D3F4ULT") | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

UNDER SEAL

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JUSTIN GRAY LIVERMAN (a/k/a "D3F4ULT")                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §371      Conspiracy to commit offenses against the United States.

See attached affidavit

Date: 09/02/2016 _____

_____/s/_____
Michael S. Nachmanoff
United States Magistrate Judge
*Issuing officer's signature*

City and state:   Alexandria, Virginia _____

_____
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/2/16 , and the person was arrested on *(date)* 9/8/16
at *(city and state)* NC _____.

Date: 9/8/16 _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

FOR NC