UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA

HEARING: **R5**   CASE #: **16mJ406**

-VS-

DATE: **9/13/16**   TIME: **2:00pm**

**Justin Liverman**

TYPE: FTR RECORDER   DEPUTY CLERK: T. FITZGERALD

COUNSEL FOR THE UNITED STATES: **Maya Song**

COUNSEL FOR THE DEFENDANT: **w/o**

INTERPRETER: _____   LANGUAGE: _____

( X ) DEFENDANT APPEARED:   (   ) WITH COUNSEL   ( X ) WITHOUT COUNSEL

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( X ) COURT TO APPOINT COUNSEL **FPD**   (   ) DFT. TO RETAIN COUNSEL

(   ) GVT. CALL WITNESS & ADDUCES EVIDENCE

(   ) EXHBIT # _____ ADMITTED

(   ) PROBABLE CAUSE: FOUND (   ) / NOT FOUND (   )

(   ) PRELIMINARY HEARING WAIVED

(   ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DEFT. ADMITS VIOLATION (   ) DFT. DENIES VIOLATION   (   ) COURT FINDS DFT. IN VIOLATION

MINUTES: **Deft. cont. on PR Bond ordered in North Carolina to include amended conditions (see Amended PR Bond for details).**

CONDITIONS OF RELEASE:
($       ) UNSECURED ($       ) SECURED (   ) PTS (   ) 3RD PARTY (   ) TRAVEL RESTRICTED
(   ) APPROVED RESIDENCE (   ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (   ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE (   ) EMPLOYMENT

(   ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
( X ) DEFENDANT CONTINUED ON SAME CONDITIONS OF **Bond along w/added cond.**

NEXT COURT APPEARANCE: **9/16/16** at **10:00Am** Before **Buchanan**
(   ) DH ( X ) PH (   ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PBV (   ) SRV (   ) R5