IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16-MJ-406 |
| | ) | |
| v. | ) | Hon. Theresa C. Buchanan |
| | ) | |
| | ) | |
| JUSTIN GRAY LIVERMAN, | ) | Preliminary Hr'g: Sept. 16, 2016 |
| Defendant. | ) | |

## ORDER

Upon consideration of Defendant's Unopposed Motion to Continue Preliminary Hearing, and for good cause shown, it is hereby

ORDERED that said motion is GRANTED; and

FURTHER ORDERED that the supervised release violation hearing is continued to September ___, 2016.

ENTERED this ___ day of September, 2016.

_____
Hon. Theresa C. Buchanan
United States Magistrate Judge