IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 16-MJ-406 |
| ) | |
| v. ) | Hon. Theresa C. Buchanan |
| ) | |
| ) | |
| JUSTIN GRAY LIVERMAN, ) | Preliminary Hr'g: Sept. 16, 2016 |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's Unopposed Motion to Continue Preliminary Hearing, and for good cause shown, it is hereby

ORDERED that said motion is GRANTED; and

FURTHER ORDERED that the hearing is continued to September 16, 2016. at 2:00 pm.

ENTERED this 14th day of September, 2016.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Hon. Theresa C. Buchanan
United States Magistrate Judge