UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA

HEARING: R5

CASE #: 16mJ406

-vs-

DATE: 9/14/16   TIME: 2:00pm

Andrew Boggs

TYPE: FTR RECORDER   DEPUTY CLERK: T. FITZGERALD

COUNSEL FOR THE UNITED STATES: M. Song

COUNSEL FOR THE DEFENDANT: see below

INTERPRETER: _____   LANGUAGE: _____

( X ) DEFENDANT APPEARED:   (   ) WITH COUNSEL   (   ) WITHOUT COUNSEL

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( X ) COURT TO APPOINT COUNSEL   CJA   (   ) DFT. TO RETAIN COUNSEL
(Jeff Zimmerman appted.)
(   ) GVT. CALL WITNESS & ADDUCES EVIDENCE   FPD conflicted.

(   ) EXHBIT # _____ ADMITTED

( X ) PROBABLE CAUSE: FOUND ( X ) / NOT FOUND (   )

( X ) PRELIMINARY HEARING WAIVED   ← 3:00 Hearing

( X ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DEFT. ADMITS VIOLATION (   ) DFT. DENIES VIOLATION (   ) COURT FINDS DFT. IN VIOLATION

MINUTES: Matter cont. for hearing at 3:00pm today 9/14/15; Added cond. of PTS to include: Deft may NOT access the internet at all. Computer Monitoring to be put in place as to the Deft; All other cond. imposed in N.C. remain the same.

CONDITIONS OF RELEASE:
($   ) UNSECURED ($   ) SECURED (   ) PTS (   ) 3RD PARTY (   ) TRAVEL RESTRICTED
(   ) APPROVED RESIDENCE (   ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (   ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE (   ) EMPLOYMENT

(   ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
(   ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: _____ at _____ Before _____
(   ) DH (   ) PH (   ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PBV (   ) SRV (   ) RS