AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

F I L E D
SEP 14 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

United States of America )
v. )
Andrew Otto Boggs ) Case No. 1:16-mj-406
_Defendant_ )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 9/14/16

Andrew Otto Boggs
_Defendant's signature_

_Signature of defendant's attorney_

_Printed name and bar number of defendant's attorney_

108 N. Alfred St, Alex, VA 22314
_Address of defendant's attorney_

_E-mail address of defendant's attorney_

703-548-8911
_Telephone number of defendant's attorney_

703-548-8911
_FAX number of defendant's attorney_