IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:16MJ406 |
| | ) |
| ANDREW BOGGS | ) |
| Defendant | ) |

FILED SEP 15 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

## O R D E R

THIS MATTER came on September 14, 2016 for an initial appearance. The defendant appeared with counsel, J. Zimmerman, Esquire; the United States was represented by M. Song, Esquire.

Defendant waived the preliminary hearing in this matter and probable cause was found.

Wherefore, it is

ORDERED that the defendant ANDREW BOGGS is continued on the previously imposed conditions of release with the following modifications:

1. Defendant may not access the internet for any reason.
2. Pretrial services shall monitor computer.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

September 15, 2016
Alexandria, Virginia