TYPE OF HEARING: **PH**
CASE NUMBER: **16mj406**
MAGISTRATE JUDGE: John F. Anderson
DATE: **9-28-16**
TIME: **2pm**
TAPE: FTR RECORDER
DEPUTY CLERK: Whitney Garnett

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

**Justin Gray Liverman**

GOVT. ATTY **Maya Song**

DEFT'S ATTY **Cadence Mertz**

INTERPRETER/LANGUAGE

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )

Gov't adduced evidence and rests. Affidavit entered into evidence as gov't exhibit no. 1. Court finds PC. Matter continued for further proceedings before the Grand Jury.

PROBABLE CAUSE FOUND ( ) / NOT FOUND ( )

BOND Conditions of bond modified to include: mental health testing/treatment and substance abuse testing/treatment. Deft continued on current and modified bond conditions.

28 min.