IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. 1:16-MJ-406 |
| ) | |
| JUSTIN GRAY LIVERMAN, ) | |
| ) | |
| Defendant. ) | |

ORDER MODIFYING CONDITIONS OF BOND

This case came before the Court today for a preliminary hearing.

For the reasons stated from the bench, the Court modifies the Amended Order Setting Conditions of Release entered on September 13, 2016, by adding the following conditions:

1. The defendant shall undergo substance abuse testing and/or treatment as directed by Pretrial Services.

2. The defendant shall undergo mental health testing and/or treatment as directed by Pretrial Services.

The defendant is continued on the modified bond pending further proceedings in this matter.

Entered this 28th day of September, 2016.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia