IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW OTTO BOGGS<br>(a/k/a "INCURSIO")<br><br>&<br><br>JUSTIN GRAY LIVERMAN<br>(a/k/a "D3F4ULT"),<br><br>Defendants. | Criminal No. 1:16-MJ-406 |

ORDER

For the reasons stated therein, the Joint Motion to Extend Time for Indictment is granted and the period to indict is extended up to and including November 22, 2016. The period of this extension is excludable time for the reasons stated in the aforementioned Motion.

Date: October 3, 2016
Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge