AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>JUSTIN GRAY LIVERMAN<br>*Defendant* | )<br>)<br>) Case No. 1:16-MJ-406<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

co-counsel for the defendant.

Date: 10/04/2016

/s/
*Attorney's signature*

Kevin Wilson (Va. Bar No. 80033)
*Printed name and bar number*

Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314

*Address*

Kevin_E_Wilson@fd.org
*E-mail address*

(703) 600-0860
*Telephone number*

(703) 600-0880
*FAX number*