IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16-MJ-406 |
| | ) | |
| v. | ) | Hon. John F. Anderson |
| | ) | |
| | ) | |
| JUSTIN GRAY LIVERMAN, | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Consent Motion for Limited Amendment of Mr. Liverman's Conditions of Pre-Trial Release, and for good cause shown, it is hereby

ORDERED that said motion is GRANTED; and

FURTHER ORDERED that Mr. Liverman may use his laptop computer to communicate with defense counsel via email; and it is

FURTHER ORDERED that all communications between Mr. Liverman and the Office of the Federal Public Defender shall be exempt from review and/or monitoring by Pre-Trial Services.

ENTERED this ___ day of October, 2016.

_____
Hon. John F. Anderson
United States Magistrate Judge