IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16-MJ-406 |
| v. | ) | |
| | ) | Hon. John F. Anderson |
| | ) | |
| JUSTIN GRAY LIVERMAN, | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Consent Motion for Limited Amendment of Mr. Liverman's Conditions of Pre-Trial Release, and for good cause shown, it is hereby

ORDERED that said motion is GRANTED; and

FURTHER ORDERED that Mr. Liverman may use his laptop computer to communicate with defense counsel via email; and it is

FURTHER ORDERED that all communications between Mr. Liverman and the Office of the Federal Public Defender shall be exempt from review and/or monitoring by Pre-Trial Services.*

ENTERED this 12th day of October, 2016.

/s/ JFA
John F. Anderson
United States Magistrate Judge
Hon. John F. Anderson
United States Magistrate Judge

*The Federal Public Defender Office shall designate a single email address that shall be used to communicate with the defendant. The defendant shall also designate a single email address that will be used to communicate with his counsel pursuant to this order. Pre-Trial Services shall be notified of these two designated email accounts and emails between those two accounts will not be subject to review by Pre-Trial Services.