IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v | : | |
| | : | Case No: 1:16MJ406 |
| | : | |
| ANDREW BOGGS | : | |
| | : | |

**DEFENDANT'S OBJECTION TO REQUEST FOR BOND MODIFICATION**

Comes now the defendant, ANDREW BOGGS, by and through counsel and objects to the *Request for Bond Modification* (10/27/16) submitted by the Probation Office. This request seeks to add the following condition: "Defendant may not have/possess any computer(s) at his residence." This restriction is unwarranted and unfair to both Defendant Boggs and others living at the residence.

Mr. Boggs is allowed to use a computer, he is just not allowed to access the internet. He may need to use the computer for educational or employment purposes. There is monitoring on all the computers to ensure compliance. He is not in violation of this condition. Second, other people in the residence are allowed to use both computers and the internet. There is no justification for denying other residents of the house use of computers, it is burdensome enough that their computers are subject to constant monitoring. It is manifestly unfair to go so far as to remove computers from the house and there is absolutely no evidence that it is in any way warranted.

Moreover, codefendant Justin Liverman has been granted a modification in which he is specifically allowed to use the internet for the purposes of contact with counsel.  *See Consent Motion For Limited Amendment Of Mr. Liverman's Conditions Of Pre-Trial Release* (Doc. 29) (10/11/16); *Order* (Doc. 30) (10/12/16). The government consented to this request on the co-defendant's behalf, s*ee Consent Motion* (Doc. 29) at 2, and has indicated it would take a similar position on such a request from Mr. Boggs. Mr. Boggs intends to make such a motion. In any event, a total computer ban while the similarly situated co-defendant's recent bond modification allows more — not less — computer access and use is patently unfair.

Respectfully Submitted,

ANDREW BOGGS
By Counsel

_____/s/_____
Jeffrey D. Zimmerman, Esq.
Jeffrey Zimmerman, PLLC
VA Bar #38858
108 N. Alfred St.
Alexandria, VA 22314
Tel: (703) 548-8911
Fax (703) 548-8935
zimpacer@gmail.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of October 2016, a true and accurate copy of the foregoing was electronically filed and served via the Court's CM/ECF system to all counsel of record and served by email on United States Probation Officer Rachael E. Meyer.


_____/s/_____
Jeffrey D. Zimmerman, Esq.
Jeffrey Zimmerman, PLLC
VA Bar #38858
108 N. Alfred St.
Alexandria, VA 22314
Tel: (703) 548-8911
Fax (703) 548-8935
zimpacer@gmail.com