UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| United States | ) | Docket#: 1:16-mj-00406 |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew Otto Boggs | ) | |
| | ) | |

## ORDER

The following Condition of Release shall be added:

1. Defendant may not have/possess any computer(s) in his residence.

All other conditions of release remain in full force and effect.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Theresa Carroll Buchanan
United States Magistrate Court Judge

10/28/16
Date