AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-mj-00406-JFA-2 |
| Justin Gray Liverman (Boggs, et al.) | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Justin Gray Liverman.

Date: 11/1/16

Marina Medvin
*Attorney's signature*

Marina Medvin, VSB 78820
*Printed name and bar number*

MEDVIN LAW PLC
916 PRINCE ST, STE 109
ALEXANDRIA VA 22314

*Address*

marina@medvinlaw.com
*E-mail address*

888.886.4127
*Telephone number*

703.870.3772
*FAX number*