AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __VIRGINIA__

**United States** Plaintiff (s),

V.

**Justin Gray Liverman** Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __1:16-mj-00406-JFA-2__

Notice is hereby given that, subject to approval by the court, __Justin Liverman__ substitutes
(Party (s) Name)

__MARINA MEDVIN__, State Bar No. __78820__ as counsel of record in
(Name of New Attorney)

place of __the Office of the Federal Public Defender__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __MEDVIN LAW PLC__
Address: __916 PRINCE ST, STE 109, ALEXANDRIA VA 22314__
Telephone: __888.886.4127__ Facsimile __703.870.3772__
E-Mail (Optional): __MARINA@MEDVINLAW.COM__

I consent to the above substitution.
Date: __10/31/16__

_(Signature of Party (s))_

I consent to being substituted.
Date: __11/1/2016__

_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: __11/1/16__

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]