AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**EASTERN** District of **VIRGINIA**

| United States | Plaintiff (s), | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY |
|---|---|---|
| V. | | |
| Justin Gray Liverman | Defendant (s), | CASE NUMBER: 1:16-mj-00406-JFA-2 |

Notice is hereby given that, subject to approval by the court, **Justin Liverman** substitutes
(Party (s) Name)

**MARINA MEDVIN**, State Bar No. **78820** as counsel of record in
(Name of New Attorney)

place of  the Office of the Federal Public Defender.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: **MEDVIN LAW PLC**
Address: **916 PRINCE ST, STE 109, ALEXANDRIA VA 22314**
Telephone: **888.886.4127**   Facsimile **703.870.3772**
E-Mail (Optional): **MARINA@MEDVINLAW.COM**

I consent to the above substitution.
Date: 10/31/16
(Signature of Party (s))

I consent to being substituted.
Date: 11/1/2016
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/1/16
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: Nov. 1, 2016

/S/ JFA
John F. Anderson
United States Magistrate Judge
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]