IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number _1-16-MJ-406_, Case Name _U.S. v. Justin Liverman_
Party Represented by Applicant: _Defendant, Justin Liverman_

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Tor Bernhard Ekeland
Bar Identification Number 4493631    State NY
Firm Name Tor Ekeland, PC
Firm Phone # (718) 737-7264    Direct Dial # (646) 287-0135    FAX # _____
E-Mail Address tor@torekeland.com
Office Mailing Address 195 Plymouth Street, 5th Fl. Brooklyn, NY 11201
Name(s) of federal court(s) in which I have been admitted E. District of NY; S. District of NY; N. District of NY; E. District of TX; Federal Appeals Circuits: 2nd, 3rd, 5th, and 9th

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____    10/31/16
(Signature)    (Date)
Marina Medvin    78820
(Typed or Printed Name)    (VA Bar Number)

Court Use Only:
Clerk's Fee Paid _Paid per T.B._ or Exemption Granted _____
The motion for admission is GRANTED ✓ or DENIED _____

/s/ JFA
_____
John F. Anderson
United States Magistrate Judge
(Judge's Signature)    Nov. 1, 2016
(Date)