**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v** | : | |
| | : | **Case No: 1:16MJ406** |
| | : | |
| **ANDREW BOGGS** | : | |
| | : | |

**ORDER**

Upon consideration of the Consent Motion for Limited Amendment of Mr. Boggs' Conditions of Pre-Trial Release, and for good cause shown, it is hereby

ORDERED that said motion is GRANTED; and

FURTHER ORDERED that Mr. Boggs may use his computer and the internet to communicate with defense counsel via email and for school; and it is

FURTHER ORDERED that all communications between Mr. Boggs and his defense counsel shall be exempt from review and/or monitoring by Pre-Trial Services; and it is

FURTHER ORDERED that the condition that "Defendant may not have/possess any computer(s) In his residence" is removed.

ENTERED this of _____ November, 2016.

________________________________
United States Magistrate Judge