IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v | : |
| | : Case No: 1:16MJ406 |
| | : |
| ANDREW BOGGS | : |
| | : |

**ORDER**

Upon consideration of the Consent Motion for Limited Amendment of Mr. Boggs' Conditions of Pre-Trial Release, and for good cause shown, it is hereby

ORDERED that said motion is GRANTED; and

FURTHER ORDERED that Mr. Boggs may use his computer and the internet to communicate with defense counsel via email and for school; and it is

FURTHER ORDERED that all communications between Mr. Boggs and his defense counsel shall be exempt from review and/or monitoring by Pre-Trial Services; and it is

FURTHER ORDERED that the condition that "Defendant may not have/possess any computer(s) In his residence" is removed.

ENTERED this of ___4___ November, 2016.

_____
United States Magistrate Judge