IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 1:16-MJ-406 |
| ANDREW OTTO BOGGS<br>(a/k/a "INCURSIO") | |
| & | |
| JUSTIN GRAY LIVERMAN<br>(a/k/a "D3F4ULT"), | |
| Defendants. | |

## ORDER

For the reasons stated therein, the Joint Motion to Further Extend Time for Indictment is granted and the period to indict is extended up to and including December 28, 2016. The period of this extension is excludable time for the reasons stated in the aforementioned Motion.

*No further extension will be granted. /MB*

Date: November 15, 2016
Alexandria, Virginia

/s/ MB
Leonie M. Brinkema
United States District Judge