# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO: 1:16-mj-00406 |
| | ) |
| JUSTIN GRAY LIVERMAN, | ) The Honorable John F. Anderson |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENSE MOTION TO MODIFY CONDITION OF PRETRIAL RELEASE

Defendant Justin G. Liverman, by and through counsel, hereby moves this Honorable

Court for a modification of the travel restrictions set forth in the Amended Order Setting

Conditions of Release (Document 16) to allow Defendant to travel to visit his elderly and ill

grandfather who resides in Lanexa, Virginia. Mr. Liverman's present travel restrictions allow for

him to travel only to the Eastern District, and only for court purposes. Defendant is seeking a

limited, particularized modification for purposes of visiting Charles Epperson at 3068 N.

Riverside Dr,  Lanexa, VA 23089 on November 18 through November 20, 2016. Government

Counsel has been notified of Defendant's request.


Respectfully Submitted,
By Counsel:

/s/

_____
Marina Medvin, VSB # 78820
*Attorney for Defendant*
MEDVIN LAW PLC

916 Prince Street, Ste. 109
Alexandria, Virginia 22314
Tel:  703.870.6868
Fax: 703.870.3772
Email: marina@medvinlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2016, I filed the foregoing document electronically

through the CM/ECF system, which will send a notification of such filing (NEF) to counsel of

record.


Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy print copy of

the foregoing will be delivered to Chambers within one business day of the electronic filing.


                              _____/s/_____
                              Marina Medvin, VSB # 78820
                              *Attorney for Defendant*
                              MEDVIN LAW PLC
                              916 Prince Street, Ste. 109
                              Alexandria, Virginia 22314
                              Tel:  703.870.6868
                              Fax: 703.870.3772
                              Email: marina@medvinlaw.com