IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO: 1:16-mj-00406 |
| | ) |
| JUSTIN GRAY LIVERMAN, | ) The Honorable John F. Anderson |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defense Motion to Modify Conditions of Pretrial Release as to Justin Gray Liverman,

It is hereby ORDERED that Justin Gray Liverman's Conditions of Release be amended to permit Defendant to travel to 3068 N. Riverside Dr, Lanexa, VA 23089 on the dates of November 18 through November 20, 2016, for purposes of visiting his grandfather, Charles Epperson.

Entered on this _____ day of November, 2016.

_____
The Honorable Thomas S. Ellis, III,
United States District Court Judge
Alexandria, Virginia