IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 1:16-MJ-406 |
| | ) |
| JUSTIN GRAY LIVERMAN, | ) |
| | ) |
| Defendant. | ) |

ORDER

This case comes before the Court today upon the defendant's motion, by and through his Counsel, Marina Medvin, to Modify Conditions of Pretrial Release.

As the Probation Officer assigned to this case has concerns regarding the defendant's non-compliance with the current conditions of bond, the motion is denied.

All terms and conditions of bond remain in full force and effect.

Entered this 17th day of November, 2016.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia